IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**M-REAL ESTATES, LLC**                                                                                   **APPELLANT**

v.                                              Case No. 2:18-cv-00069-KGB

**M. RANDY RICE**                                                                                          **APPELLEE**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that defendant-appellant M-Real Estate, LLC's notice of appeal and statement of election is dismissed with prejudice.

So adjudged this 18th day of December, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge